IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DARYA DEARING, JANICE GULLICK,    )
NELSON SIEVERS, and LAUREN        )
BROWN, individually and as        )
representatives of a class        )
of similarly situated persons,    )
on behalf of the IQVIA            )
401(K) Plan,                      )
                                  )
        Plaintiffs,               )
                                  )
    v.                            )          1:20CV574
                                  )
IQVIA INC., THE BOARD OF          )
DIRECTORS OF IQVIA HOLDINGS,      )
INC., THE BENEFITS INVESTMENT     )
COMMITTEE, and JOHN DOES No.      )
1-20, Whose Names Are             )
Currently Unknown,                )
                                  )
        Defendants.               )

## FINDINGS AND ORDER CERTIFYING CLASS

Presently before this court is Plaintiffs' Motion for Class Certification. (Doc. 50.) The motion is unopposed. (Doc. 54.)

Upon careful consideration of the parties' submissions and the entire record herein, this court finds that Plaintiffs have established the prerequisites for class certification under Fed. R. Civ. P. 23(a), 23(b)(1)(A) and 23(b)(1)(B), for all purposes of liability and relief, that Plaintiffs should be appointed as class representatives, and that Plaintiffs' counsel should be

appointed as counsel for the Class (defined below) under Fed. R. Civ. P. 23(g).

This action should be certified as a class action because such an order will facilitate the orderly prosecution and resolution of the case, protect Defendants from inconsistent and differing rulings, protect absent class members from an adjudication that will be, as a practical matter, dispositive of their interest without the procedural safeguards of Rule 23, and promote efficiency in the federal courts by precluding unnecessary and duplicative proceedings in this District and elsewhere.

This court hereby finds as follows:

1. The Class is defined as:

> All participants and beneficiaries in the IQVIA, Inc. 401(k) Plan (the "Plan") at any time on or after June 23, 2014, to the present (the "Class Period"), including any beneficiary of a deceased person who was a participant in the Plan at any time during the Class Period.

2. In accordance with Fed. R. Civ. P. 23(a) and for the reasons set forth in Plaintiffs' submissions and apparent from the record, this court further finds that:

    a. The Class is so numerous that joinder of all members is impracticable;

    b. There are questions of law and/or fact common to the Class pertaining to liability and relief;

-2-

c. Plaintiffs' claims are typical of the claims of the Class; and

d. Plaintiffs will fairly and adequately protect the interests of the Class.

3. In accordance with Fed. R. Civ. P. 23(b)(1)(A) and for the reasons set forth in Plaintiffs' submissions and apparent from the record, this court further finds that prosecuting separate actions by or against the individual class members would create a risk of inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for Defendants.

4. In accordance with Fed. R. Civ. P. 23(b)(1)(B) and for the reasons set forth in Plaintiffs' submissions and apparent from the record, this court further finds that prosecuting separate actions by or against the individual class members would create a risk of adjudications with respect to individual class members that, as a practical matter, would be dispositive of the interests of other members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests.

5. This court certifies the Class and this action as a class action for all purposes of liability and relief under Fed. R. Civ. P. 23(b)(1)(A) and 23(b)(1)(B).

6. The Court appoints Plaintiffs Darya Dearing, Janice Gullick, Nelson Sievers, and Lauren Brown as class representatives.

7. In accordance with Fed. R. Civ. P. 23(g), this court appoints Miller Shah LLP and Capozzi Adler, P.C. as class counsel.

**IT IS SO ORDERED.**

This the 12th day of May, 2022.

_____
                    United States District Judge