```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

DARYA DEARING, JANICE GULLICK, )
NELSON SIEVERS, and LAUREN )
BROWN, individually and on )
behalf of all others )
similarly situated, )
                                              )
                Plaintiffs, )
                                )
  v.                              )        1:20-cv-574
                               )
IQVIA, INC., THE BOARD OF )
DIRECTORS OF IQVIA HOLDINGS, )
INC., THE BENEFITS INVESTMENT )
COMMITTEE, and JOHN DOE No. )
1-20, whose names are )
currently unknown, )
                                )
                Defendants. )

## **ORDER**

This matter comes before the court upon a Notice of Settlement, (Doc. 164), filed by Plaintiffs Darya Dearing, Janice Gullick, Nelson Sievers, and Lauren Brown, individually and on behalf of the certified Class and the IQVIA 401(k) Plan, formerly known as the Quintiles 401(k) Plan, and Defendants IQVIA Inc., the Board of Directors of IQVIA Holdings Inc., and the Benefits Investment Committee (collectively the "Parties"). The Parties report that they have resolved this litigation and are working to prepare the appropriate papers to submit to the court for preliminary approval under Fed. R. Civ. P. 23. The parties

propose that Plaintiffs file a motion for preliminary approval of the settlement by May 15, 2024, and request that all hearings and deadlines on the court's calendar be vacated. Having reviewed the notice, with the agreement of the Parties, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs shall have to and including May 15, 2024, in which to file their motion for preliminary approval, and that all hearings and deadlines in this matter are vacated.

This the 23rd day of April, 2024.

/s/ William L. Osteen, Jr.
United States District Judge