IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DARYA DEARING, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>IQVIA INC., *et al.*,<br><br>    Defendants. | Case No: 1:20-cv-00574-WO-JEP |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

Plaintiffs, Darya Dearing, Janice Gullick, Nelson Sievers and Lauren Brown (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class (defined below) and the IQVIA 401(k) Plan (the "Plan"), hereby move pursuant to Federal Rule of Civil Procedure 23 for entry of an Order that: (1) preliminarily approves the Settlement with Defendants, IQVIA, Inc., the Board of Directors of IQVIA, and the Benefits Investment Committee (collectively, "Defendants"), as memorialized in the Settlement Agreement dated May 15, 2024 and exhibits thereto;[1] (2) finds that the Class may be maintained through such time as the Court enters an order granting final approval of the Settlement; (3) approves the proposed notice plan ("Notice Plan") in the Settlement Agreement and proposed Preliminary Approval Order; and (4) sets a final approval hearing on a date

---

[1] The Settlement Agreement and its exhibits are attached to the accompanying Declaration of Alec J. Berin. Terms not defined herein shall have the same meaning as in the Settlement Agreement.

convenient for the Court at least 140 days after the entry of a preliminary approval order.[2] A proposed Preliminary Approval Order is attached as Exhibit C to the Settlement Agreement.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the Settlement is fair, reasonable, and adequate, and should be preliminarily approved so that notice can be provided to the Settlement Class. The Settlement is the product of arm's-length negotiations between the parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of the Motion.

Dated: May 15, 2024

Respectfully Submitted,

*/s/ Alec J. Berin*
James C. Shah
Alec J. Berin
John C. Roberts
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
ajberin@millershah.com
jcroberts@millershah.com

---

[2] Counsel for Plaintiffs have conferred with counsel for Defendants and confirmed that the Motion is unopposed.

2

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
      lrubinow@millershah.com

Mark K. Gyandoh
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

John R. Szymankiewicz
MATHESON & ASSOCIATES PLLC
127 W Hargett St.
Raleigh, NC 27601
Telephone: (919) 335-5291
Facsimile: (919) 516-0686
Email: john@mathesonlawoffice.com

*Attorneys for Plaintiffs, the Plan, and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2024, Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement was filed with the Court's electronic filing system, causing notice thereof to be sent to all parties for whom counsel has entered an appearance.

*/s/ Alec J. Berin*
Alec J. Berin
MILLER SHAH LLP

*Attorney for Plaintiffs, the Plan, and the Settlement Class*